# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**BENJAMIN OLIVER**                                                                      **PETITIONER**
**ADC #118640**

**v.**                                   **CASE NO. 4:20-CV-00117-BSM**

**DEXTER PAYNE**                                                                           **RESPONDENT**

## ORDER

After *de novo* review of the record, including Benjamin Oliver's objections, United States Magistrate Judge Jerome Kearney's recommended disposition [Doc. No. 7] is adopted, Oliver's petition for writ of habeas corpus [Doc. No. 2] is dismissed with prejudice, and a certificate of appealability is denied.

IT IS SO ORDERED this 5th day of June, 2020.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE